

# Fourth Court of Appeals
## San Antonio, Texas

December 30, 2019

No. 04-19-00759-CV

**IN THE INTEREST OF Z.L.M.C, A CHILD**

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2019PA01569
Honorable John D. Gabriel, Jr., Judge Presiding

## O R D E R

Appellant's brief is due on January 3, 2020. *See* TEX. R. APP. P. 38.6(a). Before the due date, Appellant filed a first motion for a twenty-day extension of time to file the brief until January 23, 2020.

Appellant's motion is GRANTED. Appellant's brief is due on January 23, 2020.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of December, 2019.



_____
Michael A. Cruz,
Clerk of Court